

# THE ATTORNEY GENERAL
# OF TEXAS

### AUSTIN 11, TEXAS

GROVER SELLERS
~~XXXXXXXXXXXXXXXXX~~
ATTORNEY GENERAL

Honorable Tom L. Hartley
Criminal District Attorney
Hidalgo County
Edinburg, Texas

Dear Mr. Hartley:

Opinion No. O-6829

Re: There is no statute requiring the
Board of Equalization or the
Assessor and/or Collector of Texas
from independent school districts to
take any oath of office other than the
constitutional one.

Your letter of September 17, 1945, received and has been given our careful
attention. You ask the following questions:

"1. Do the members of the Board of Equalization of an Inde-
pendent School District, before being qualified to act as
such, have to take any oath of office other than the
Constitutional oath of office?

"2. What oath of office does the Assessor and/or Collector
of Texas for the independent school district have to take
before qualifying for such office, other than the Consti-
tutional oath of office, if any?"

We have carefully checked the Acts of the Legislature relative to said
matters, and it appears that no additional oath has been required to be
taken by the Board of Equalization or by the Tax Assessor or the Tax
Collector of an independent school district.

Section 1 of Article 16 of the Constitution, as amended, provides for the
constitutional oath that all officers must take before they enter upon
the duties of their respective offices. Since the Legislature has not
provided for any additional oath, none is required.

                                        Very truly yours

APPROVED SEP 26, 1945          ATTORNEY GENERAL OF TEXAS
s/ CARLOS C. ASHLEY
FIRST ASSISTANT                s/ Geo. W. Barcus
APPROVED OPINION COMMITTEE
BY /s/ B. W. B. CHAIRMAN

                               By
GWB:MR: cc:ldw                    Geo. W. Barcus